UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __4__

Nelson
-v-
Walsh

U.S.C.A. # _____
U.S.D.C. # 08-cv-1168
JUDGE: KMW
DATE: 2/28/2008

*[Stamp: U.S. DISTRICT COURT FEB 28 2008 S.D. OF N.Y.]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENT DESCRIPTION**                                        **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

Document #1 already in USCA on
Transfer order

(X) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 28th Day of February, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
　　　　　　　　　Nelson

　　　　　　　　　-v-

　　　　　　　　　Walsh
---------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-1168

JUDGE: KMW

DATE: 2/28/2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __3__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed　　　　　　　　　　　Document Description

　　　　　　　　　　Document #1 already in
　　　　　　　　　　USCA on transfer order

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 28th Day of February In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
　　　　　Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01168-KMW
### Internal Use Only

Nelson v. Walsh
Assigned to: Judge Kimba M. Wood
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 02/05/2008
Date Terminated: 02/05/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2008 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254. Document filed by William John Nelson.(laq) (Entered: 02/13/2008) |
| 02/05/2008 | | Magistrate Judge Michael H. Dolinger is so designated. (laq) (Entered: 02/13/2008) |
| 02/05/2008 | 2 | TRANSFER ORDER (U.S.C.A.),....transfers this matter to the U.S.C.A. for the Second Circuit.... Sent original file along certified copy of docket entries and transfer order. Mailed via Inter-Office Mail on 2/5/08. (Signed by Judge Kimba M. Wood on 2/5/08) (laq) (Entered: 02/13/2008) |
| 02/25/2008 | 3 | NOTICE OF APPEAL from 2 Transfer Order U.S.C.A. Document filed by William John Nelson. Filing fee $ 4.55, receipt number E 643009. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 02/28/2008) |
| 02/25/2008 | | Appeal Remark as to 3 Notice of Appeal filed by William John Nelson. $450.45 APPEAL FEE DUE. (tp) (Entered: 02/28/2008) |
| 02/28/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 3 Notice of Appeal. (tp) (Entered: 02/28/2008) |
| 02/28/2008 | | Transmission of Notice of Appeal to the District Judge re: 3 Notice of Appeal. (tp) (Entered: 02/28/2008) |